IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ULYSSES A. BELLAMY,

        Petitioner,

v.                                                   CIVIL ACTION NO.  2:14-cv-24847

WARDEN MARVIN C. PLUMLEY,

        Respondent.

**MEMORANDUM OPINION & ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that (1) Bellamy's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED with prejudice**, and (2) the Respondent's Motion to Dismiss as Untimely be **GRANTED**. Neither party has filed objections; therefore, the court accepts and incorporates herein the findings and recommendation of the Magistrate Judge. Accordingly, Bellamy's Petition for a Writ of Habeas Corpus [Docket 2] is **DENIED** and **DISMISSED with prejudice**, and the Respondent's Motion to Dismiss as Untimely [Docket 8] is **GRANTED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 7, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE